IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY RAY EVANS,

        Plaintiff,                   No. CIV S-06-2439 DFL DAD P

    vs.

A. MALFI, et al.,

        Defendants.           <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action. Plaintiff has filed objections to the findings and recommendations filed December 27, 2006, along with a document titled "Petition for Issuance of Certificate of Appealability."

        In his petition, plaintiff states that he "has filed a notice of appeal on January 7, 2007, from the judgment filed in this action." The court has not received a notice of appeal in this action. In any event, such a notice of appeal would be premature because no final judgment has been entered in this action. Plaintiff's objections to the findings and recommendations filed December 27, 2006, have been forwarded to the assigned district judge for consideration. A final judgment will be entered if the district judge adopts the findings and recommendations. Plaintiff should not file a notice of appeal until he receives a document titled "Judgment." In addition, plaintiff is informed that certificates of appealability are issued only in habeas proceedings. No

1 certificate of appealability need be obtained to appeal from an adverse judgment in a civil rights
2 action.
3       Accordingly, IT IS ORDERED that plaintiff's January 9, 2007 petition for
4 certificate of appealability is denied.
5 DATED: January 16, 2007.

      /s/ Dale A. Drozd
      DALE A. DROZD
      UNITED STATES MAGISTRATE JUDGE

9 DAD:13
evan2439.coa